UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v. § <br> § <br> PAMELA YODER, § <br> SHELIBRA JONES, § <br> MAGNOLIA UNDERWOOD, § <br> CURTIS HOLLIDAY, § <br> TIERRA CELESTINE, § <br> DERRICK WASHINGTON, § <br> DELEON BORDERS, and § <br> DESTYNEE WASHINGTON § <br> § <br> Defendants, | CAUSE NO: 4:24-CR-00371 |

## UNOPPOSED MOTION FOR CONTINUANCE OF JURY TRIAL AND NEW SCHEDULING ORDER

**TO THE HONORABLE JUDGE LEE H. ROSENTHAL:**

Now comes PAMELA YODER, SHELIBRA JONES, MAGNOLIA UNDERWOOD, CURTIS HOLIDAY, TIERRA CELESTINE, DERRICK WASHINGTON, DELEON BORDERS, DESTYNEE WASHINGTON, Defendants, in the above referenced cause, by and through undersigned counsels, brings this Motion for Continuance of Jury Trial and New Scheduling Order. In support of Defendants' Motion for Continuance for Jury Trial and request for New Scheduling Order, Counsels would show the Court as follows:

I.

The Docket Control Order for the following Defendants' Pamela Yoder (Dkt. No. 1998), Shelibra Jones (Dkt. No. 1998), Magnolia Underwood (Dkt. No. 1998), Curtis Holliday (Dkt. No. 1998), Tierra Celestine (Dkt. No. 1998), Derrick Washington (Dkt. No. 1998), Deleon Borders (Dkt. No. 1998), and Destynee Washington (Dkt. No. 1998) are the same or similar. All

1

Defendants are set for Pre-Trial Conference and Jury Trial as follows:

      A.    Pre-Trial Conference is set for February 3, 2026, at 11:30 A.M.

      B.    Jury Trial is set for February 9, 2026 at 9:00 A.M.

## II.

The undersigned counselors respectfully request a future date for Pre-Trial Conference as well as Jury Trial due to the following reasons: Counselors for Defendants have not recently received additional discovery in this matter. Given the number of very recent guilty pleas and the apparent interviews of multiple cooperating witnesses, counsel requires additional time to obtain, review, and assess any reports and related discovery generated by these potential witnesses. Furthermore, Counsel will need additional time to engage in meaningful negotiations with the Government.

## III.

Furthermore, in the event this case is unable to be resolved short of a trial, Counselors for Defendants would need more time to prepare this case for trial.

## IV.

Trial Attorney for The Department of Justice, Michael Day, Attorney of Record for the United States is Unopposed to this Motion and Request.

## V.

All parties to this cause of action request a continuance and new docket control order.

## VI.

The proposed continuance and new docket control order is not sought for purposes of delay, but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, the parties pray that the Court enters its order continuing this cause to a date that is convenient to the Court and grants a new docket control order.

Respectfully Submitted,

THE SPARKS LAW FIRM

/s/ *Monique C. Sparks*
MONIQUE CHANTELLE SPARKS
State Bar No. 24052177
1923 Blodgett Street
Houston, Texas 77004
Tel: (713) 520 – 7000
Email: monique@thesparkslawfirm.com
Attorney for Defendant Pamela Yoder

ERIN EPLEY LAW FIRM

/s/ *Erin M. Epley*
Erin Michelle Epley
Erin Epley Law Firm
1207 S. Shepherd Dr.
Houston, TX 77019
713-523-7878
Email: erin@epley-law.com

FAZEL LAW

/s/ *Ali R Fazel*
Ali R Fazel
Fazel Law
5373 W. Alabama Street
Suite 600

Houston, TX 77056
713-526-6020
Email: ali@fazellaw.com

THE REED LAW FIRM

/s/ *Robert E. Reed*

Robert Eric Reed
The Reed Law Firm
300 Main St.
Suite 300
Houston, TX 77002
713-600-1800
Email: ereed@reedlawpllc.com

VINAS AND GRAHAM PLLC

/s/ *Joseph F. Vinas*

Joseph Francis Vinas
Vinas and Graham PLLC
1210 W. Clay Street
Suite12
Houston, TX 77019
713-229-9992
Email: joevinas4@yahoo.com

LAW OFFICES OF THOMAS A. MARTIN

/s/ *Thomas A. Martin*

Thomas Allan Martin
Law Offices of Thomas A. Martin
917 Franklin
Ste 500
Houston, TX 77002
713-222-0556
Fax: 713-222-7022
Email: tmartinlaw97@gmail.com

LAW OFFICE OF ANDREW J. WILLIAMS

/s/ *Andrew J. Williams*
Andrew J Williams
Law Office of Andrew J. Williams
2261 Northpark Dr.
Suite 502
Kingwood, TX 77339
281-358-9111
Email: andrewjwlaw@gmail.com

LAW OFFICES OF WENDELL ODOM & NEAL DAVIS, III

/s/ *Neal Davis III*
Neal Davis , III
Law Offices of Wendell Odom & Neal Davis, III
440 Louisiana
Ste 200
Houston, TX 77002
713-223-5575
Email: nealdavis3@icloud.com

**CERTIFICATE OF CONFERENCE**

I hereby certify that on Monday, February 2, 2026, that I conferred with Michael Day, counsel for the United States regarding Defendants' Motion for Continuance and Request for New Docket Control Order, and Michael Day, Counsel for the United States is Unopposed to the Motion and Request in its entirety.

By: /s/ *Monique C. Sparks*
Monique C. Sparks

5

## CERTIFICATE OF SERVICE

     I, Monique C. Sparks, certify that a true and correct copy of the foregoing Motion for Continuance and Request for New Docket Control Order was served upon all counsel of record via the CM/ECF system and mail delivery, on this the 2nd day of February 2026.

**ATTORNEY**

Michael Day
U.S. Attorney's Office
1000 Louisiana Street
Ste 2300
Houston, TX 77002
956-638-5512
Email: michael.day@usdoj.gov

                                                   By: /s/ *Monique C. Sparks*
                                                       MONIQUE C. SPARKS
                                                       Attorney for Pamela Yoder